Frank G. Smith, Respondent, Appellant, v. First National Bank of Albany, New York, Henry Patton and Mary S. Patton, Appellants, Respondents.— Order denying motion for extra allowance affirmed, withou costs. Judgment unanimously affirmed, with costs. Opinion by Howard, J.* This court disapproves of all findings of fact to the effect that the Gaspereaux property was pledged to secure the individual debts of the Pattons or either of them; and to the effect that Henry Patton was given authority by the plaintiff to pledge the property for the payment of the notes of Henry Patton and Mary S. Patton; and to the effect that the Patton notes were used for the joint interest of Smith and Patton. This court specifically disapproves of the 5th, 7th and 32d proposed findings submitted by the defendant bank and found by the trial court; also the 9th proposed finding presented by the defendant Henry Patton and found by the trial court.

Thomas Barra, Respondent, v. James Stewart & Company, Incorporated, Appellant.— Judgment and order unanimously affirmed, with costs.

Emma E. Bassett, Respondent, v. The Rensselaer Stone Company, Appellant.— Judgment modified by adding thereto a provision that the defendant need not remove the fill provided it makes the approach thereto on either side at a grade not to exceed seven per cent, and as so modified affirmed, without costs. In case of a dispute whether the grade is properly and seasonably made either party may apply at Special Term on the foot of the judgment for directions. All concurred, except Howard and Woodward, JJ., who voted for affirmance without modification.

Selina Blanchard, as Administratrix, etc., of James Manor, Deceased, Respondent, v. The Aldrich Paper Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Daniel H. Cole, Respondent, v. The Town of Tioga, Appellant.— Judgment and order unanimously affirmed, with costs.

Frederic A. Cauchois, Trading under the Name of Frederic A. Cauchois & Co., Respondent, v. Wilber Miller, Appellant.— Order unanimously affirmed, with costs.

Claude Colton, Respondent, v. Fred B. Potter, Appellant.— Judgment and order unanimously affirmed, with costs.

---

* Temporarily withheld from publication by direction of the court.— [ REP.